*E. Latham* for the appellant — *Thompson & Davis* for the appellee.

---

STATE OF IOWA V. LEHANE.

STATE OF IOWA V. HANNEN.

STATE OF IOWA V. HARRIS.

STATE OF IOWA V. CURLEY.

*Appeals from the Polk District Court — Saturday, June 20.*

VOL. XXXIV — 75

*J. S. Polk* and *S. Finch* for the appellants — *M. E. Cutts*, attorney-general, for the State.

PER CURIAM.— These cases are alike in all respects, and involve the precise question decided in *The State* v. *Harris*, December term, 1871. Following the decision in that case, the judgment in each of these cases must be

Reversed.